CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 1 8 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

PEGGY A. ADAMS,                    )
                                   )
    Plaintiff,                 )    Case No. 2:05CV00024
                                   )
v.                                 )    **OPINION**
                                   )
JO ANNE B. BARNHART,               )    By:  James P. Jones
COMMISSIONER OF SOCIAL             )    Chief United States District Judge
SECURITY,                          )
                                   )
    Defendant.                 )

The defendant Commissioner of Social Security has filed a timely objection to the report and recommendation of the magistrate judge in this Social Security case. After a de novo review, and for the reasons stated by the magistrate judge, I find that substantial evidence does not support the administrative finding that Adams' hypertension did not constitute a severe impairment because the evidence relied upon by the administrative law judge was irrelevant to the period of disability claimed.

As the Commissioner points out, there is other evidence in the record concerning Adams' hypertension. However, the evaluation of that evidence is properly for the administrative agency in the first instance. Accordingly, a remand as recommended by the magistrate judge is appropriate in this case.

For these reasons, the magistrate judge's report and recommendation will be accepted. The case will be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration to determine the severity of the plaintiff's hypertension during the time period from November 17, 2000, through May 27, 2004. A separate judgment consistent with this opinion will be entered forthwith.

DATED: May 18, 2006

Chief United States District Judge

Case 2:05-cv-00024-JPJ-PMS   Document 28   Filed 05/18/06   Page 2 of 2   Pageid#: 211