CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
MAY 18 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| PEGGY A. ADAMS, | Case No. 2:05CV00024 |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | By: James P. Jones |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | Chief United States District Judge |
| Defendant. | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the defendant objected, it is **ADJUDGED AND ORDERED** as follows:

1. The defendant's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The decision by the Commissioner of Social Security ("Commissioner") denying benefits is **vacated**;

4. The case is **remanded** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration to determine the severity of the plaintiff's hypertension during the time period from November 17, 2000, through May 27, 2004; and

5. The clerk is directed to close the case.

ENTER: May 18, 2006

*[signature]*

Chief United States District Judge